**Electronically Filed
Supreme Court
SCWC-16-0000635
03-MAR-2021
08:53 AM
Dkt. 5 ODAC**

SCWC-16-0000635

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CAIN AND HERREN, ALC,
Petitioner/Plaintiff/Counterclaim-Defendant/Appellee,

vs.

JASON SAMUEL KING,
Respondent/Defendant/Counterclaim-Plaintiff/Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000635; DC-CIVIL NO. 16-1-1016)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff/Counterclaim-Defendant/Appellee Cain and Herren, ALC's application for writ of certiorari filed on February 4, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 3, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

